USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/08/2026

**Memorandum Endorsement**
*Joshua Hendrick v. County of Westchester, et al.,*
25-cv-6294(NSR)

The Court is in receipt of Plaintiff's request for an extension to file his amended complaint. The request is GRANTED.

Plaintiff may file an Amended Complaint on or before September 15, 2026, which will become the operative pleading in this action. Defendants shall answer or otherwise respond by October 16, 2026.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 19.

Dated: September 8, 2026
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
# JOSHUA J. LAX
225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

September 8, 2026

**<u>BY ECF</u>**
The Honorable Nelson R. Roman
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE: *Joshua Hendrick v. County of Westchester, et. al.*, 25 CV 6294 (NSR)

Your Honor:

I represent Joshua Hendrick in the above-referenced matter. I write with the consent of defense counsel, Robert Taglia, Esq., to respectfully request a one-week extension from September 8, 2026, to September 15, 2026, for Plaintiff to file his amended complaint, with a corresponding extension for defendants to respond, from October 9, 2026, to October 16, 2026.

The basis for this request is that Plaintiff intends submit later today, pursuant to the Court's Individual Practices in Civil Cases 4(iii), a motion to file a redacted version of the amended complaint on the public docket. The parties have conferred about material Plaintiff intends to include in the amended complaint and the parties have agreed that Plaintiff will seek the Court's permission to redact this material. This motion will include the pleading Plaintiff intends to file as his amended complaint with the proposed redactions indicated. Plaintiff requests this extension to allow the Court time to decide the application to redact. If this extension is granted, and the motion to redact remains pending beyond the requested extension, Plaintiff will seek additional extensions.

Plaintiff thanks the Court for its consideration of this submission.

Sincerely,

/s/

Joshua J. Lax, Esq.

CC: All Counsel (BY ECF)